# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:14-cv-365-FDW
## (3:05-cr-371; 3:07-cr-61)

| | | |
|---|---|---|
| **CHAVIUS MARQUETTE BARBER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **KENNY ATKINSON,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

This matter is before the Court on the Government's Motion to Stay. (Doc. No. 45). The Government filed a petition for certiorari in <u>United States v. Wheeler</u>, 734 F. App'x 892 (4th Cir. 2018) on October 3, 2018. This matter is hereby stayed pending resolution of <u>Wheeler</u>. The Government shall notify this court within 45 days of the resolution of <u>Wheeler</u>.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 45), is **GRANTED**.

Signed: October 11, 2018

Frank D. Whitney
Chief United States District Judge

1